UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:

**John W. Burcham II**,

    Debtor(s).
_____/

Bankruptcy No. 07-65402-PJS
Chapter 7
Judge: Shefferly

CHARLES L WELLS, III, CHAPTER 7 TRUSTEE,

    Plaintiff,

v.

Adversary No. 09-04283-WSD
Judge Walter Shapiro

JOHN W. BURCHAM, JR., AN INDIVIDUAL,
AND JOHN W. BURCHAM, SR., AN INDIVIDUAL,

    Defendants.
_____/

## ANSWER OF JOHN W. BURCHAM, JR.

John W. Burcham, Jr., by and through his attorney, Gudeman & Associates, P.C., by Edward J. Gudeman answers Plaintiff's Complaint as follows:

1. As to paragraph 1, Defendant admits same.

2. As to paragraph 2, Defendant admits same.

3. As to paragraph 3, Defendant admits same.

4. As to paragraph 4, Defendant admits same.

5. As to paragraph 5, Defendant admits same.

## GENERAL ALLEGATIONS

6. As to paragraph 6, Defendant restates the responses to paragraph 1 through 5, as though fully set forth herein.

7. As to paragraph 7, Defendant denies same because it is untrue.

8. As to paragraph 8, Defendant admits that he innocently omitted the disclosure of his interest in the property and that omission was due to a misunderstanding of the status of the property by Defendant's counsel.

9. As to paragraph 9, Defendant admits same.

10. As to paragraph 10, Defendant admits that he caused the property to be transferred to his father but answers further that the transfer was in full consideration of the payoff of Debtor's first and second mortgage and accumulated property taxes.

11. As to paragraph 11, Defendant denies same because he believes that his statement may be being taken out of context and that Defendant is not a professional real estate appraiser and that his opinion was only that of a lay person.

12. As to paragraph 12, Defendant admits same.

13. As to paragraph 13, Defendant admits same but answers further that he was permitted to do so by his father and that he has not made any payments on the mortgage referenced in Plaintiff's complaint paragraph 12.

## COUNT I - AVOIDANCE OF FRAUDULENT TRANSFER
## PURSUANT TO 11 USC. §544

14. As to paragraph 14, Defendant restates the responses to paragraph 1 through 13, as though fully set forth herein.

15. As to paragraph 15, Defendant denies same because the allegations therein are untrue.

16. As to paragraph 16, Defendant denies same because the allegations therein are untrue.

17. As to paragraph 17, Defendant denies same because Plaintiff is stating a legal opinion to which Defendant cannot form an opinion or belief.

18. As to paragraph 18, Defendant denies same because Plaintiff is stating a legal opinion to which Defendant cannot form an opinion or belief and because the quoted statute is not applicable to the property in question because the property is located in the State of Florida not Michigan.

19. As to paragraph 19, Defendant denies same because Plaintiff is stating a legal opinion to which Defendant cannot form an opinion or belief and because the quoted statute is not applicable to the property in question because the property is located in the State of Florida not Michigan.

20. As to paragraph 20, Defendant denies each and every allegation therein because they are not true and that the statute quoted by Plaintiff is not applicable to the Defendant or the property because the property is located in the State of Florida not Michigan and all transactions complained of by Plaintiff took place outside the State of Michigan.

21. As to paragraph 21, Defendant admits that his father and co-defendant is an "insider" as that term is defined under the U.S. Bankruptcy Code 11 USC §101 (31) but denies each and every other allegation therein because they are not true and that the statute quoted by Plaintiff is not applicable to the Defendant or the property because the property is located in the State of Florida not Michigan and all transactions complained of by Plaintiff took place outside the State of Michigan.

22. As to paragraph 22, Defendant denies same because Plaintiff is stating a legal opinion to which Defendant cannot form an opinion or belief.

   Wherefore Defendant requests that this Honorable Court issue the court's order dismissing Plaintiffs complaint with prejudice and ordering Plaintiff to pay Defendant's reasonable attorneys fees and costs.

## COUNT II - AVOIDANCE FO FRAUDULENT TRANSFER UNDER §548(A)(1)(A)

23. As to paragraph 23, Defendant restates the responses to paragraph 1 through 22, as though fully set forth herein.

24. As to paragraph 24, Defendant admits same.

25. As to paragraph 25, Defendant denies each and every allegation therein because they are untrue.

26. As to paragraph 26, Defendant denies each and every allegation therein because they are untrue.

27. As to paragraph 27, Defendant denies same because Plaintiff is stating a legal opinion to which Defendant cannot form an opinion or belief and Defendant answers further that Defendant's transferee did not receive a fraudulent transfer which should be returned to Defendant and that there was no intent to hinder, delay or defraud.

28. As to paragraph 28, Defendant denies same because Plaintiff is stating a legal opinion to which Defendant cannot form an opinion or belief.

   Wherefore Defendant requests that this Honorable Court issue the court's order dismissing Plaintiffs complaint with prejudice and ordering Plaintiff to pay Defendant's reasonable attorneys fees and costs.

**COUNT III - AVOIDANCE FO FRAUDULENT TRANSFER UNDER §548(A)(1)(B)**

29. As to paragraph 29, Defendant restates the responses to paragraph 1 through 28, as though fully set forth herein.

30. As to paragraph 30, Defendant admits to transferring the property to his co-defendant in full consideration of his co-defendant's payments of Defendants obligations.

31. As to paragraph 31, Defendant denies same because the allegations therein are untrue.

32. As to paragraph 32, Defendant denies same because the allegations therein are untrue.

33. As to paragraph 33, Defendant denies same because the allegations therein are untrue.

34. As to paragraph 34, Defendant denies same because Plaintiff is stating a legal opinion to which Defendant cannot form an opinion or belief.

35. As to paragraph 35, Defendant denies same because Plaintiff is stating a legal opinion to which Defendant cannot form an opinion or belief.

Wherefore Defendant requests that this Honorable Court issue the court's order dismissing Plaintiffs complaint with prejudice and ordering Plaintiff to pay Defendant's reasonable attorneys fees and costs.

Dated: March 31, 2009　　　　　　　　Gudeman & Associates, P.C.

　　　　　　　　　　　　　　　　　　　　s/Edward J. Gudeman_____
　　　　　　　　　　　　　　　　　　　　By: Edward J. Gudeman (P14454)
　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor/Defendant
　　　　　　　　　　　　　　　　　　　　26862 Woodward Avenue, Ste 103

Royal Oak, MI 48067
(248) 546-2800
ejgudeman@gudemanlaw.com
ecf@gudemanlaw.com

## Certificate of Service

The undersigned states and affirms that he caused a copy of this Answer to be served upon Plaintiff by properly filing this Answer using the ECF system of the U.S. Bankruptcy Court for the Eastern District of Michigan, Southern Division, on March 31, 2009 and by depositing a copy of same with the U.S. Postal Service, properly addressed to Plaintiff.

Gudeman & Associates, P.C.

s/Edward J. Gudeman
By: Edward J. Gudeman (P14454)
Attorney for the Debtor/Defendant
26862 Woodward Avenue, Ste 103
Royal Oak, MI 48067
(248) 546-2800
ejgudeman@gudemanlaw.com
ecf@gudemanlaw.com