UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:

**John W. Burcham II**,

Debtor(s).
_____/

Bankruptcy No. 07-65402-PJS
Chapter 7
Judge: Shefferly

CHARLES L WELLS, III, CHAPTER 7 TRUSTEE,

    Plaintiff,

v.

Adversary No. 09-04283-WSD
Judge Walter Shapiro

JOHN W. BURCHAM, JR., AN INDIVIDUAL,
AND JOHN W. BURCHAM, SR., AN INDIVIDUAL,

    Defendants.
_____/

## AFFIRMATIVE DEFENSES OF
## JOHN W. BURCHAM, SR. AND JOHN W. BURCHAM, JR.

John W. Burcham, Jr., by and through his attorney, Gudeman & Associates, P.C., by Edward J. Gudeman answers states the following Affirmative Defenses to Plaintiff's Complaint:

1. Plaintiff has failed to state a claim or a cause of action for which relief can be granted.

2. The court has no subject matter jurisdiction or property located in the State of Florida.

3. Defendant John Burcham, Sr. was a bona fide purchaser for full consideration.

4. Plaintiff's complaint is based on mistake of facts which vitiate Plaintiff's right to recover from Defendants or to obtain the relief sought.

5. Defendant's did not conspire or act independently to delay, hinder or defraud any party to the transfer and "refinance" of the subject property, therefore there is a failure of a condition precedent to the Court's grant of the relief sought by Plaintiff.

Dated: March 31, 2009                    Gudeman & Associates, P.C.

                                                   s/Edward J. Gudeman
                                                 By: Edward J. Gudeman (P14454)
                                                 Attorney for the Debtor/Defendant
                                                 26862 Woodward Avenue, Ste 103
                                                 Royal Oak, MI 48067
                                                 (248) 546-2800
                                                 ejgudeman@gudemanlaw.com
                                                 ecf@gudemanlaw.com

Certificate of Service

The undersigned states and affirms that he caused a copy of this Answer to be served upon Plaintiff by properly filing this Answer using the ECF system of the U.S. Bankruptcy Court for the Eastern District of Michigan, Southern Division, on March 31, 2009 and by depositing a copy of same with the U.S. Postal Service, properly addressed to Plaintiff.

Gudeman & Associates, P.C.

                                                 s/Edward J. Gudeman
                                                 By: Edward J. Gudeman (P14454)
                                                 Attorney for the Debtor/Defendant
                                                 26862 Woodward Avenue, Ste 103
                                                 Royal Oak, MI 48067
                                                 (248) 546-2800
                                                 ejgudeman@gudemanlaw.com
                                                 ecf@gudemanlaw.com