**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

JOHN W. BURCHAM, JR.,                       Case No. 07-65402
                                            Honorable WALTER SHAPERO
            Debtor.                         Chapter 7

4765 Cherrywood Park
West Bloomfield, MI 48323-2089
XX-XXX-3986
_____/

### ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO COMPROMISE AND SETTLE ADVERSARY CASE NO. 09-04283

This matter having come before the Court on the Trustee's Motion for Authority to Compromise and Settle Adversary Case No. 09-04283; Notice of the Compromise having been served on all parties pursuant to FED. R. BANKR. P. 2002 and L.B.R. 9014-1 (E.D.M.); no objections having been filed thereto, or if filed, having been resolved or overruled; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee is authorized to compromise and settle Adversary Case No. 09-04283 pursuant to the terms set forth in the Motion for the aggregate sum of Thirty Thousand and 00/100 Dollars ($30,000.00) to be paid in full by John W. Burcham, Sr. and John W. Burcham, Jr. within ten (10) business days after this Court enters an order approving the Compromise.

.

**Signed on May 12, 2009**

                              /s/ Walter Shapero
                         **Walter Shapero**
                         **United States Bankruptcy Judge**